IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21314
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN ARNULFO HERNANDEZ-ASPRIE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-243-2
--------------------
October 30, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Juan Arnulfo Hernandez-Asprie
(Hernandez) has requested leave to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Hernandez has not responded to his attorney's motion.  Our
independent review of counsel's brief and the record discloses no
nonfrivolous issue for appeal.  Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  See 5TH CIR.

R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.